IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| NEOMA ANDERSON,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>JAMES & BETH HAAR d/b/a ALL ABOARD,<br><br>　　　　Defendants. | CV 19–201–M–DWM<br><br><br>ORDER |

The parties having filed a stipulation for dismissal pursuant to Rule 41(a),

IT IS ORDERED that the above-captioned cause is DISMISSED WITH PREJUDICE, each party to pay its own costs. All pending motions are MOOT and all deadlines are VACATED. The jury trial set for March 15, 2021, is VACATED.

DATED this  20th  day of July, 2020.

　　　　　　　　　　　　　　　　　　14:06 PM
　　　　　　　　　　　Donald W. Molloy, District Judge
　　　　　　　　　　　United States District Court